CATHERINE MORROW, as Administratrix of JAMES V. MORROW, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Morrow* v. *N. Y. C. & H. R. R. R. Co.*, 51 App. Div. 620, affirmed.
(Argued March 11, 1901; decided April 2, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 9, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Amos Van Etten* for appellant.

*John G. Van Etten* and *Howard Chipp* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Not sitting : GRAY, J.